WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcos Mendez, III,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Jason Gunther,<br><br>　　　　　Respondent. | No. CV-24-03050-PHX-SHD<br><br>**ORDER** |

Pending before the Court is Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241. The Magistrate Judge to whom this case was referred issued a Report and Recommendation ("R&R") recommending the Petition be denied and dismissed without prejudice. (Doc. 15.) The time for filing objections has run, and neither party filed objections.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"); *see also Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions

1  of the [Magistrate Judge's] recommendations to which the parties object"). District
2  courts are not required to conduct "any review at all . . . *of any issue* that is not the
3  subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see*
4  *also* 28 U.S.C. § 636(b)(1) ("[T]he court shall make a *de novo* determination of those
5  portions of the [report and recommendation] to which objection is made.").

No objection having been filed,

**IT IS ORDERED** that the Report and Recommendation (Doc. 15) is accepted; the Petition is denied and dismissed, without prejudice, and the Clerk of Court shall enter judgment accordingly.[1]

Dated this 25th day of June, 2025.

_____
Honorable Sharad H. Desai
United States District Judge

---

[1] Because the Petition was filed pursuant to § 2241, no certificate of appealability is necessary. *See Forde v. U.S. Parole Comm'n*, 114 F.3rd 878, 879 (9th Cir. 1997).